UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

LATTINE CLARK,
    a/k/a "Dutts,"
TREVON NEDD,
    a/k/a "Hat Boy,"
MICHAEL PATTERSON, and
RUBEN VIZCARRONDO,

                Defendants.

- - - - - - - - - - - - - - - - - x

**SEALED INDICTMENT**

17 Cr.

**17 CRIM 292**

## COUNT ONE

### NARCOTICS CONSPIRACY

The Grand Jury charges:

1.  From at least in or about 2015, up to and including in or about May 2017, in the Southern District of New York and elsewhere, LATTINE CLARK, a/k/a "Dutts," TREVON NEDD, a/k/a "Hat Boy," and MICHAEL PATTERSON, the defendants, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2.  It was a part and an object of the conspiracy that LATTINE CLARK, a/k/a "Dutts," TREVON NEDD, a/k/a "Hat Boy," and MICHAEL PATTERSON, the defendants, and others known and unknown, would and did distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

JUDGE BRODERICK

3.   The controlled substance that LATTINE CLARK, a/k/a "Dutts," TREVON NEDD, a/k/a "Hat Boy," and MICHAEL PATTERSON, the defendants, conspired to distribute and possess with intent to distribute was 280 grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack," in violation of Title 21, United States Code, Section 841(b)(1)(A).

(Title 21, United States Code, Section 846.)

## COUNT TWO

## USE OF FIREARMS IN FURTHERANCE OF COUNT ONE

The Grand Jury further charges:

4.   From at least in or about 2015, up to and including at least in or about May 2017, in the Southern District of New York and elsewhere, LATTINE CLARK, a/k/a "Dutts," the defendant, and others known and unknown, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, the narcotics offense charged in Count One of this Indictment, knowingly did use and carry firearms, and, in furtherance of such crime, did possess firearms, and did aid and abet the use, carrying, and possession of firearms, which were brandished and discharged, to wit, CLARK used, carried, and possessed firearms in connection with drug trafficking in Hunts Point, New York, including an incident during which CLARK fired a gun in the vicinity of Coster Street

and Spofford Avenue on or about October 16, 2016.

(Title 18, United States Code,
Sections 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 924(c)(1)(A)(iii)
and 2.)

## COUNT THREE

### NARCOTICS CONSPIRACY

The Grand Jury further charges:

5.   From at least in or about 2014, up to and including in or about May 2017, in the Southern District of New York and elsewhere, RUBEN VIZCARRONDO, the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

6.   It was a part and an object of the conspiracy that RUBEN VIZCARRONDO, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

7.   The controlled substance that RUBEN VIZCARRONDO, the defendant, conspired to distribute and possess with intent to distribute was 280 grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack," in violation of Title 21, United States Code, Section 841(b)(1)(A).

(Title 21, United States Code, Section 846.)

3

## COUNT FOUR

### HOBBS ACT ROBBERY CONSPIRACY

The Grand Jury further charges:

8. From at least in or about 2015, up to and including at least in or about May 2017, TREVON NEDD, a/k/a "Hat Boy," MICHAEL PATTERSON, and RUBEN VIZCARRONDO, the defendants, together with others known and unknown, unlawfully and knowingly did combine, conspire, confederate, and agree together and with each other to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, NEDD, PATTERSON, and VIZCARRONDO agreed with each other and others to commit armed robberies of suspected narcotics traffickers and others involved in commercial activities that affected interstate commerce.

(Title 18, United States Code, Section 1951.)

## COUNT FIVE

### HOBBS ACT ROBBERY

The Grand Jury further charges:

9. On or about June 22, 2016, in the Southern District of New York and elsewhere, TREVON NEDD, a/k/a "Hat Boy," MICHAEL PATTERSON, and RUBEN VIZCARRONDO, the defendants, and another co-conspirator not identified herein ("CC-1"), unlawfully and

4

knowingly did commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, NEDD, PATTERSON, VIZCARRONDO, and CC-1 committed an armed robbery of suspected narcotics traffickers in the vicinity of Marble Hill, New York.

(Title 18, United States Code, Sections 1951 and 2.)

## COUNT SIX

### USE OF FIREARMS IN FURTHERANCE OF COUNTS FOUR AND FIVE

The Grand Jury further charges:

10. From at least in or about 2015, up to and including at least in or about May 2017, TREVON NEDD, a/k/a "Hat Boy," MICHAEL PATTERSON, and RUBEN VIZCARRONDO, the defendants, and others known and unknown, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, namely, (i) the Hobbs Act robbery conspiracy charged in Count Four of this Indictment, and (ii) the Hobbs Act robbery charged in Count Five of this Indictment, knowingly did use and carry firearms, and, in furtherance of such crime, did possess firearms, and did aid and abet the use, carrying, and

possession of firearms, which were brandished and discharged.

(Title 18, United States Code,
Sections 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 924(c)(1)(A)(iii) and 2.)

### FORFEITURE ALLEGATION AS TO COUNT ONE

11.   As a result of committing the controlled substance offense alleged in Count One of this Indictment, LATTINE CLARK, a/k/a "Dutts," TREVON NEDD, a/k/a "Hat Boy," and MICHAEL PATTERSON, the defendants, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds said defendants obtained directly or indirectly as a result of the violation and any and all property used or intended to be used in any manner or part to commit or to facilitate the commission of the violation alleged in Count One of this Indictment, including but not limited to a sum in United States currency representing the amount of proceeds obtained as a result of the offense.

### FORFEITURE ALLEGATION AS TO COUNT THREE

12.   As a result of committing the controlled substance offense alleged in Count Three of this Indictment, RUBEN VIZCARRONDO, the defendant, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds said defendant obtained directly or indirectly as a result of the violation and any and all property used or intended to be used in any manner or part to commit or to facilitate the commission of the violation alleged in Count

  e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property.

   (Title 18, United States Code, Section 981;
   Title 21, United States Code, Section 853(p); and
   Title 28, United States Code, Section 2461(c).)

_____
FOREPERSON

_____
JOON H. KIM MS
Acting United States Attorney

8

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

LATTINE CLARK, a/k/a "Dutts," et al.,

Defendants.

---

SEALED INDICTMENT

17 Cr.

(18 U.S.C. §§ 924(c)(1)(A)(i),
924(c)(1)(A)(ii), 924(c)(1)(A)(iii),
1951 and 2, and 21 U.S.C. § 846.)

JOON H. KIM
Acting United States Attorney.

A TRUE BILL

*[signature]*
Foreperson.

5-16-17
WD Filed Indictment Under Seal Arrest Warrants issued.

Gorenstein
U.S.M.J